528 A.2d 600

G.A. & F.C. WAGMAN, INC., **Respondent,**

v.

MANCHESTER TOWNSHIP, **Petitioner.**

**No. 176 M.D. Allocatur Dkt. 1986.**

Supreme Court of Pennsylvania.

July 13, 1987.

**ORDER**

PER CURIAM.

**AND NOW,** this 13th day of July, 1987, the order of the Commonwealth Court is vacated, and this case is remanded to that court for reconsideration in light of *Gilberti v. City of Pittsburgh,* 511 Pa. 100, 511 A.2d 1321 (1986).